■ In the Matter of ALFRED F. MARRIOTT, Appellant, v TOWN AND VILLAGE OF LOWVILLE ZONING BOARD OF APPEALS et al., Respondents. [907 NYS2d 925]— Appeal from a judgment (denominated judgment and order) of the Supreme Court, Lewis County (Joseph D. McGuire, J.), entered July 10, 2009 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Fahey, J.P., Lindley, Green and Gorski, JJ.